UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

MAR – 8 2018

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. **4:18CR00211 HEA/PLC** |
| | ) | |
| TYREECE YOUNG, | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

## COUNT ONE

The Grand Jury charges that:

On or about January 31, 2018, in St. Louis City, within the Eastern District of Missouri,

### TYREECE YOUNG,

the Defendant herein, having been convicted previously in a Court of Law of one or more crimes

punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm which

had previously traveled in interstate or foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.


_____

FOREPERSON


JEFFREY B. JENSEN
United States Attorney


_____

JOHN T. BIRD, #37802MO
Assistant United States Attorney