# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

## 2nd Amended Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:   Tyreece Young                                    Docket No.: 4:18CR00211-1 HEA

Name of Sentencing Judicial Officer: The Honorable Henry E. Autrey
                                     United States District Judge

Date of Original Sentence: July 30, 2019

Original Offense: Felon in Possession of a Firearm

Original Sentence: 24 months imprisonment and 2 years supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: December 20, 2019
                                                 Expiration Date: **August 7, 2022

Assistant U.S. Attorney: Donald S. Boyce                    Defense Attorney: Tyler K. Morgan

---

**Term of supervised release time tolled from May 24, 2021, to June 7, 2021, for the time that Young was confined in the St. Louis County Justice Center.

## PETITIONING THE COURT

**[X]   To amend the original petition to include new information. The new information is in bold.**

The probation officer believes that the offender has violated the following condition of supervision:

### Violation Number

Mandatory Condition No.1: You must not commit another federal, state or local crime.

Standard Condition No. 10: You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

### Nature of Noncompliance

On January 23, 2022, a "wanted" was entered for Young in regard to Unlawful Use of a Weapon – Exhibiting Firearm and Unlawful Possession of a Weapon.

The incident report, bearing number 22-2936 has been received and contained the following information. On January 23, 2022, St. Louis County police officers were dispatched to Young's former address. Officers with B. H. who stated that she and Young had ended a romantic relationship and that

he had returned to her address to pick up his remaining belongings. Upon arrival, Young demanded to scroll through her phone messages and took her phone, accusing her of having other romantic partners. While reviewing B. H.'s messages, Young was pacing the apartment holding a black handgun with extended magazine and was yelling. Young punched a wall in the apartment and the verbal argument continued while arguing over romantic partners. As Young was leaving the apartment, he stood near the front door and continued to yell, then while holding the black handgun, discharged one round into the floor of the entrance to the apartment and threw B. H.'s phone back at her. B. H.'s toddler children, who were present in the apartment witnessed the argument and the discharging of the firearm.

After entering his car in the parking lot, Young positioned himself in the vehicle toward B. H.'s living room window. B. H. observed Young holding the black handgun with the muzzle pointed upwards for her to see before driving away in a dark colored SUV.

Officers inspected the apartment and observed a circular defect in the flooring, near the front door. Officers received a .40 caliber shell casing and small debris of flooring particles. Officers also located fragments of a ballistic projective inside a coat closet where the projectile impacted the floor. Officers also located a live .40 caliber round which was under the kitchen table. B. H. stated that upon Young's arrival, he had a box of ammunition in his coat pocket and believed that it must have fallen out during their argument and before he discharged the weapon. Officers also observed an irregular defect on the hallway wall, indicating the damage caused by Young punching the wall.

Evidence collected was forwarded to the crime laboratory for analysis.

On January 27, 2022, Officers responded to the St. Louis City Justice Center where they met with Young. Young was advised of his Miranda Rights and agreed to speak with officers regarding this incident. Young stated that he and B. H. had been involved in a romantic relationship which had recently ended. Young stated that B. H. wanted to "settle down" and he wanted other romantic partners. He stated that he did not know B. H.'s address and had never lived with her at any point in their relationship. He stated that he was not at her address on January 23, 2022, and that her last known address was off Whisper Lake Drive.

Young stated that he did not drive, and that his mother operates a blue Chevy Cruze that he has access to. He denied possession of any weapons and stated he is not allowed to have access to any because he is a felon. Police attempted to confirm his mother's vehicle but were unsuccessful in reaching her.

While in custody at the St. Louis City Justice Center, Young made numerous calls, including multiple calls to B. H. During these calls, Young made the following statements, "I did what I did" and "we will talk about that later". The majority of the conversations were regarding alleged infidelity on either parties' part. Young referred to B. H.'s children as 'his' children, despite also acknowledging they were not biologically his.

Officers conducted a public record search through Facebook for B. H. and discovered a profile, "B. and Reece" which contained several photos of B. H. and Young together. Several postings illustrated Young in the apartment with B. H. and her children.

**Violation Number**

Mandatory Condition No.1: You must not commit another federal, state or local crime.

Standard Condition No. 3: You must answer truthfully the questions asked by your probation officer.

Standard Condition No. 10: You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

**Nature of Noncompliance**

On January 26, 2022, the U. S. Attorney's Office contacted the probation office to report that Young had been involved in an officer involved police shooting and that he was presently in custody.

On January 27, 2022, Young contacted the probation officer to report that he had changed his phone number and that he had recently been arrested. Young stated that shortly after the probation officer's home visit on January 24, 2022, he and a girl friend were going to the store when they were pulled over. He stated that the reason for her being pulled over was because she had expired temporary tags. He stated that upon the police running his name, he was informed that he had a wanted for a high-speed chase which had occurred several days prior. Young stated that he didn't have anything to do with this incident, yet he was arrested and questioned on a 24-hour hold. He stated numerous times that the police were making false allegations. When questioned about the nature of the offenses for which he was arrested, he stated that he had been charged with Tampering, Unlawful Possession of a Firearm, Armed Criminal Action and Unlawful Use of a Weapon. When questioned further, he could not explain why an additional charge of fleeing or resisting arrest was also not included.

On January 31, 2022, St. Louis County Detective Chambers contacted the probation office to advise that Young had been arrested on January 26, 2022, after a police chase and exchanging multiple rounds at police. Detective Chambers stated that Young was the sole driver of an SUV on January 26, 2022, when he was stopped by police. Young ran from police and began shooting at officers, who returned fire. After a short foot pursuit, officers were able to detain Young, a .40 caliber handgun and his cell phone. He was arrested and placed on a 24-hour hold at the St. Louis City Justice Center and the evidence was forwarded to the crime laboratory. Although an incident report has been requested, it has not yet been received.

The preliminary incident report, bearing number 22-3411 has been received and contained the following information. On January 23, 2022, officers from the Force Investigation unit responded to an Officer Involved Shooting. Young had evaded officers by exiting his vehicle and fleeing by foot. A foot pursuit ensued and Young was observed carrying a firearm with extended magazine. Young fired shots at two officers before being apprehended and a firearm was discovered. Young was charged with Assault 1st degree, Unlawful Possession of a Firearm, Armed Criminal Action, Tampering with a Motor Vehicle, Possession of a Controlled Substance and Unlawful Possession of a Controlled Substance. He was additionally arrested for the wanted from St. Louis County for Unlawful Use of a Weapon (Exhibiting).

Due to the complexity of the incident and the number of responding officers, a supplemental incident report is expected in the future which may include area surveillance and body camera footage and officer and defendant statements. Separately, Det. Chambers advised the probation officer that the vehicle Young had been driving had been reported stolen on January 18, 2022, and several suspected controlled substances and an empty ammunition box was found inside the vehicle.

**The incident report, bearing number 22-003411 has been received from the St. Louis Metropolitan police department and contained the following information. On January 23, 2022, at approximately 1:50pm the Force Investigation Unit was dispatched to 5871 Terry Avenue relative to an officer involved shooting. The vehicle, driven by Young had initially evaded police as they attempted to conduct a traffic stop. Young had exited the vehicle and fled on foot and was observed carrying a firearm, then shot toward two police officers. One officer returned fire. Eventually, Young was taken into custody and a firearm was recovered. Young was charged with Assault 1st, Armed Criminal Action, Felon in Possession, Tampering 1st, Violation of Missouri Controlled Substance Law, Possession of Marijuana and fugitive wanted for Unlawful Use of a Weapon.**

**Due to the complexity and nature of the incident, numerous officers, detectives, EMS and administrative police staff from St. Louis Metropolitan police department responded to the scene and provided multiple reports. Upon arrival, detectives were informed that arresting officers observed a blue Mitsubishi Outlander, driven by Young, run through a red electrical signal and had been driving erratically. Officers attempted to conduct a traffic stop while activating their lights and sirens, but Young did not comply. Officers observed Young weaving in and out of traffic at a high rate of speed and drive in the opposite direction on one-way streets to evade police. Young eventually curbed his vehicle and was observed exiting with a handgun with extended magazine in his right hand and fled on foot between two houses in an alleyway. Officers engaged in a foot pursuit while yelling for Young to "Stop! Drop the Gun!", at which time Young fired multiple shots toward officers. Officers also yelled statements, "Police Stop! You're under arrest!". Young continued to run away by jumping over several fences while officers continued to yell similar commands. At one point, officers observed Young throw a black bag over a truck's bed frame as he ran. One officer returned fire and Young was eventually taken into custody. Young received a Miranda warning and stated he did not understand and made complaints of being in physical discomfort. As such, he was relocated to the police cruiser and read his Miranda Rights again and continued to state he did not understand while complaining of physical discomfort and requested to catch his breath. As such, police called for EMS who arrived and determined that Young had no physical injuries and was fit for confinement.**

**At the police station, Young was advised again of his Miranda Rights which he stated he understood and agreed to provide a statement. Young stated he did not get out of the blue vehicle but had been walking from his residence to a girlfriend's house, whom he knows only as "Mariah." Young could not provide her address or any other information. He stated he observed police vehicles travelling on the street and heard someone yell "Get down! Get down!" and saw police officers with their guns drawn. He stated he ran through the gangway of a house and into the alley until he ran into another police officer who slammed him onto his stomach. He stated he did not hear anything because he lost consciousness when he was on the ground and did not reawaken until he was in the police cruiser. Young denied having a gun, stating that he could not**

own one.  Young continued making statements, reporting that he was simply picked up off the street and was being questioned about something he had no knowledge of.  He then invoked his rights and advised he did not want to continue any questioning without a lawyer.

A search of the area where Young was arrested, police located a black Smith & Wesson M&P 40, .40 caliber semi-automatic handgun.  The handgun contained a 20-round extended magazine which was fully loaded.  A search of the area also revealed a black bag, which had been thrown by Young during the foot pursuit.  Inside the bag, officers discovered a Missouri State Driver's license belonging to Young, two clear plastic baggies containing green vegetation, two clear pieces of knotted plastic which contained green pills, a black "AWS" scale and one firearm magazine with 15 round capacity.  The magazine contained twelve rounds of .40 Smith & Wesson ammunition.  The bag also contained additional empty plastic baggies and a white cell phone charging cord.

Police conducted a search of the vehicle and discovered Swisher Sweets cigar packet and a Winchester cartridge box in the center console's cup holders.  Officers also observed a black "hoodie" mask protruding from the center consoles arm rest.  An investigation of the Texas license plate which was attached to the Mitsubishi Outlander revealed that the license plate had not been issued to that vehicle.  A computer check of the vehicle identification number revealed that the vehicle had been reported stolen by St. Louis County Police department on January 18, 2022.  The vehicle's owner was contacted who advised he wished to press charges.

Multiple area residents were also interviewed regarding this incident, all of whom confirmed the sound of gunshots being fired but did not witness the incident.  Through investigative police technology, a total of six shots were fired during this incident, with the initial shot being confirmed as Young's firearm.

Through investigation, police determined the registered owner of the firearm was not aware her firearm was missing.  She stated that she did not know Young.

The incident report also contained numerous summaries of body camera work footage from multiple officers which are consistent with the summary in the narrative of the report.

The firearms laboratory report was requested but has not been received.  Submitted for analysis was a Smith & Wesson .40 caliber, semi-automatic handgun with 1 extended magazine and 21 cartridges.

The laboratory report has been received and contained the following information. Item 008-01: Two knotted plastic bags each containing five rectangular green tablets marked "S903" did not reveal any controlled substances.  Item 008-02: Two knotted plastic bags containing green vegetation weighing 21.67 grams revealed the presence of marijuana.

**Violation Number**

Mandatory Condition No. 3: You must refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Nature of Noncompliance**

On January 12, 2022, Young submitted to a drug test at Avertest, the results of which were positive for the use of marijuana.

**Violation Number**

Special Condition: You must submit to substance abuse testing to determine if you have used a prohibited substance. You must not attempt to obstruct or tamper with the testing methods.

**Nature of Noncompliance**

Young failed to report to Avertest to submit to random drug testing on January 6 and February 1, 2022.

**Violation Number**

Special Condition: You must participate in a substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.)

**Nature of Noncompliance**

On December 22, 2021, Young was referred to Risse Counseling to complete a substance abuse assessment. To date, he has not completed the assessment.

On January 25, 2022, Young was referred to Risse Counseling Services to attend and participate in twice monthly outpatient substance abuse treatment. To date, Young has not attended any outpatient substance abuse treatment.

**Previous Violations**

On January 10, 2020, a noncompliance report was submitted to the Court in response to drug use and missed drug testing. Young received a verbal reprimand and was reminded of his conditions.

On January 23, 2020, a noncompliance report was submitted to the Court in response to drug use and associating with others engaging in crime. Young received a verbal reprimand and was reminded of his conditions. He was referred to Moral Reconation Therapy to address his poor thinking voices.

On March 2, 2020, a noncompliance report was submitted to the Court in response to drug use. Young received a verbal reprimand and was reminded of his conditions. He was referred to weekly individual counseling sessions in addition to Moral Reconation Therapy. He was required to meet with the probation officer on a weekly basis.

On July 13, 2020, a noncompliance report was submitted to the Court in response to travel outside the district, failure to notify the probation officer of a chance in employment, missed drug tests, missed

virtual individual counseling sessions and missed virtual Moral Reconation Therapy sessions. Young received a verbal reprimand and was reminded of his conditions. He was directed to resume in-person counseling sessions and continue to meet with the probation officer weekly.

On August 27, 2020, a noncompliance report was submitted to the Court in response to drug use and missed drug testing. Young received a verbal reprimand and written reprimand from the Supervisory U. S. Probation Officer. He was directed to repeat Step 1 in Moral Reconation Therapy and meet with the probation officer weekly.

On October 8, 2020, the Court modified the conditions of supervised release to include location monitoring program for a period of 90 days in response to drug use, missed drug tests, missed Moral Reconation Therapy, and failure to attend GED. Execution of the equipment was not completed due to Young reporting exposure and symptoms of COVID-19 and pending test results.

On October 20, 2021, a petition for revocation was sought in response to Young's arrest for Robbery 1st, Unlawful Use of a Weapon and Unlawful Possession of a Firearm. The case, under Docket No. 20-SL-CR05164 was ultimately dismissed with prejudice, based on the victim suffering a stroke and being unable to testify. As such, Young was reinstated on supervised release with an added special condition to complete 120 days of location monitoring program.

On August 16, 2021, a noncompliance report was submitted to the Court in response to location monitoring noncompliance. Young received a verbal reprimand and oral reinstruction.

On October 1, 2021, a noncompliance report was submitted to the Court in response to missed drug tests. Young received a verbal reprimand and oral reinstruction.
On October 27, 2021, a noncompliance report was submitted to the Court in response to failure to notify the probation officer of law enforcement contact, missed moral recognition therapy and missed drug test. Young received a verbal reprimand and oral reinstruction.

On December 6, 2021, a noncompliance report was submitted to the Court in response to missed drug tests. Young received a verbal reprimand and oral reinstruction.

On January 3, 2022, a noncompliance report was submitted to the Court in response to drug use and missed drug test. Young received a verbal reprimand and oral reinstruction.

**U.S. Probation Officer Recommendation:**

**It is respectfully recommended that the original petition be amended to include the new information.**

The  should be
   [X]  revoked.

|  |  |
|---|---|
|  | I declare under penalty of perjury that the foregoing is true and correct. |
|  | Executed on June 15, 2022 |
| Approved, | Respectfully submitted, |
| by _Quincy A. Fountain_ | by _L. Berry_ |
| Quincy A. Fountain<br>Supervisory U. S. Probation Officer<br>Date: June 15, 2022 | Lisa M. Berry<br>Senior U. S. Probation Officer<br>Date: June 15, 2022 |

THE COURT ORDERS:

☐     No Action
☐     The Issuance of a Warrant
☐     The Issuance of a Summons
           Appearance Date:
           Appearance Time:
           Courtroom Number:
☒     **To Amend the Petition**

_Signature of Judicial Officer_

Signature of Judicial Officer

6/15/2022
Date

I:\Supervision\12C\Young, Tyreece 12C 418CR00211-1 HEA 06-15-2022.docx